UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE *et al.*,<br><br>    Defendants. | Civil Action No. 18-cv-2849 (ELH) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Tamra T. Moore as counsel on behalf of Defendants in the above-captioned matter.

Dated: November 13, 2018                    Respectfully submitted,

                                                JOSEPH H. HUNT
                                              Assistant Attorney General
                                              Civil Division

                                              BRETT A. SHUMATE
                                              Deputy Assistant Attorney General

                                              JEAN LIN
                                              Acting Deputy Director

                                              /s/ *Tamra T. Moore*
                                              TAMRA T. MOORE
                                              Senior Counsel
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              Tel: (202) 305-8628
                                              Email: Tamra.Moore@usdoj.gov