IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STATE OF MARYLAND, | * | |
| *Plaintiff*, | * | |
| v. | | Case No.: 1:18-cv-02849-ELH |
| | * | |
| UNITED STATES OF AMERICA, *et al.*, | | |
| | * | |
| *Defendant.* | | |
| * * * * * * * * * * * * | | |

### ORDER

Upon full consideration of Plaintiff's Motion for Preliminary Injunction and to Substitute Defendant, and the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, it is hereby:

(a) DECLARED that Deputy Attorney General Rod J. Rosenstein is the Acting Attorney General of the United States and has the authority to issue a report on the enforcement of laws to Congress under 28 U.S.C. § 530D regarding the Department of Justice's position regarding 26 U.S.C. § 5000A(a);

(b) DECLARED that Matthew G. Whitaker is not the Acting Attorney General;

(c) ORDERED that said Motion for Preliminary Injunction is GRANTED, and Whitaker is enjoined from supervising this matter as Acting Attorney General or appearing in an official capacity as Acting Attorney General in this matter.

(d) ORDERED that Rod J. Rosenstein in his capacity as Acting Attorney General is substituted for Jefferson B. Sessions, III, as a defendant.

Signed this ____ day of _____, 2018                    _____
                                                                                                  Judge Ellen J. Hollander