# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 13, 2018

LETTER TO COUNSEL

Re:  *State of Maryland v. United States of America et al.*
     Civil No.:  ELH-18-2849

Dear Counsel:

This will confirm the substance of our discussions during the telephone scheduling conference held on November 13, 2018, in connection with Plaintiff's Motion For Preliminary Injunction (ECF 6) and supporting memorandum (ECF 6-1) (collectively, the "Motion"). The following schedule shall govern:

1. Amicus briefs in regard to the Motion, not to exceed 15 pages in length, in font that conforms to the Local Rules, shall be due by **5:00 p.m. on November 26, 2018**.

2. The government's response to the Motion is due by **5:00 p.m. on December 3, 2018**.

3. The State's reply shall be due by **5:00 p.m. on December 10, 2018**.

4. The Court will hold a Motion hearing beginning at **10:00 a.m. on December 19, 2018**.

5. I have been advised that the State intends to file an Amended Complaint substituting Mr. Whitaker as a defendant, in lieu of Mr. Sessions. I suggest that, at the conclusion of the Motion hearing, we set a date for the government's response to the Amended Complaint.

6. Finally, if any ruling is issued in the Affordable Care Act case pending in the Northern District of Texas, counsel are directed to notify me immediately.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge