# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814

November 16, 2018

The Honorable Ellen Lipton Hollander
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:  Filing in a Related Case

Dear Judge Hollander:

    I write to inform the Court that today in *Michaels v. Sessions*, No. 18-496, in which I am co-counsel, petitioner filed the attached motion in the United States Supreme Court to substitute Rod Rosenstein as Acting Attorney General with respect to a pending petition for writ of certiorari.  That filing does not affect the pending motion for preliminary injunction or substitution in case 1:18-cv-02849-ELH, *State of Maryland v. United States of America et al.*, ECF 6.  As soon as there are any developments in the Supreme Court proceedings, my office will inform chambers immediately.

                                    Sincerely,

                                    Thomas C. Goldstein
                                    tgoldstein@goldsteinrussell.com
                                    (202) 362-0636

CC:    Tamra T. Moore
        Senior Counsel
        U.S. Department of Justice
        1100 L Street NW
        Washington, DC 20005