UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE *et al.*,<br><br>    Defendants. | Civil Action No. 18-cv-2849 (ELH) |

## NOTICE OF ERRATA

Attached is Exhibit A, Slip Opinion of the United States Department of Justice, Office of Legal Counsel (Nov. 14, 2018), referenced in Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: December 3, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

JEAN LIN
Acting Deputy Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Tamra T. Moore*
TAMRA T. MOORE
CESAR A. LOPEZ-MORALES
REBECCA CUTRI-KOHART
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel:
Email:

*Counsel for Defendants*