UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

Civ. No. 1:18-CV-02849-ELH

State of Maryland
Plaintiff

Complaint for Declaratory and
Injunction Relief

v.

Judge Ellen Lipton Hollander

United States of America, et al.,
Defendants

Amicus

The irony is that this case is about The Affordable Care Act and severe election tampering via censorship. Our government, social media and media report in a one-dimension world. We live in a multi-dimension world that requires free speech if we are to survive. I admit that there is no way to report this information in a coherent manner. Review the letter and four-page docketed pleading to Judge John G. Koeltl US District Court SD New York 500 Pearl Street New York, NY 10007-1312 Attachment 1

*A Christmas Carol in Prose; Being a Ghost Story of Christmas by Charles Dickens*
*Jacob Marley "Mankind was my business. The common welfare was my business; charity, mercy, forbearance, and benevolence, were, all, my business. The dealings of my trade were but a drop of water in the comprehensive ocean of my business!"*

**IS MANKIND YOUR BUSINESS OR NOT?**

Similar Questions of the Rule of Law - Reference:
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Christenson v. Democratic National Committee (18-2145) Court of Appeals for the Second Circuit
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
Supreme Court Writ No. 18-496 Barry Michael v. Jefferson B. Sessions III Attorney General of the United States – Motion to Substitute

Attachment 2: Writ/Amicus Brief (In the most simplistic terms) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 3: Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 4: Supplemental Motion for Leave to File One Time Informative Pleading (Please file as Amicus Brief if needed) In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit

Attachment 5: Errata to Complete the Record – File as Amicus Brief In re: Grand Jury Investigation

(18-3052) Court of Appeals for the D.C. Circuit

Attachment 6: The United States Supreme Court and The Katrina Virus by David Andrew Christenson
"My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012."

Attachment7: Amicus - BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on December 2nd, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson