UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE *et al.*,

    Defendants.

Civil Action No. 18-cv-2849 (ELH)

## NOTICE OF DECISION

Pursuant to this Court's November 13, 2018 Order, ECF No. 7, Defendants respectfully notify this Court of the district court's decision in *Texas v. United States*, No. 4:18-cv-00167 (N.D. Tex. Dec. 14, 2018) (attached as Exhibit A).

Dated: December 14, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

JEAN LIN
Acting Deputy Director

/s/ *Tamra T. Moore*
TAMRA T. MOORE
REBECCA CUTRI-KOHART

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8628
Email: Tamra.Moore@usdoj.gov

*Counsel for Defendants*