**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | * |
| *Plaintiff*, | * |
| v. | |
| | * |
| UNITED STATES OF AMERICA, *et al.*, | * Case No.:  1:18-cv-2849-ELH |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter my appearance as counsel in this case for Plaintiff State of Maryland.  I certify that I am admitted to practice in this Court.

Dated: December 18, 2018            Respectfully submitted,

By:  /s/ Sarah E. Harrington

SARAH E. HARRINGTON (BAR NO. 20701)
Sharrington@golsteinrussell.com
Goldstein & Russell, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
(202) 362-0636 (phone)
(866) 574-2033 (fax)

*Attorney for the State of Maryland*