# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.<br>
Suite 850<br>
Bethesda, MD 20814

December 21, 2018

The Honorable Ellen Lipton Hollander
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re:  Filing in a Related Case

Dear Judge Hollander:

    In the recent oral argument before you, the parties discussed litigation pending before the District Court for the District of Columbia.  To keep the Court apprised of developments in that case, please find attached the Plaintiff's just-filed Memorandum in Support of Motion for Partial Summary Judgment.

                      Sincerely,


                      Thomas C. Goldstein
                      tgoldstein@goldsteinrussell.com
                      (202) 362-0636