UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Movant David Andrew Christenson

Civ. No. 1:18-CV-02849-ELH

State of Maryland
Plaintiff

Complaint for Declaratory and
Injunction Relief

v.

Judge Ellen Lipton Hollander

United States of America, et al.,
Defendants

FILED ENTERED
LOGGED RECEIVED

DEC 26 2018

AT BALTIMORE
CLERK U.S DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Motion to Join/Intervene

Order the Department of Justice to respond to my pleadings and writings and then decide. Mankind prevails if there is a response. The response itself will change the narrative and give Mankind a chance at surviving. Level the playing field. Evil destroys Evil and with-it Mankind.

The Senate approved BP Attorney (Kirkland & Ellis LLP) Jeffrey Bossert Clark for assistant attorney general for the U.S. Department of Justice's Environment and Natural Resources Division on Thursday, October 11th, 2018. Read my Amicus Brief in this case. Kirkland & Ellis "Of Counsel" William Pelham Barr, who served as the 77th United States Attorney General from 1991 to 1993 during the first Bush administration, has been nominated by President Donald Trump to serve as Attorney General of the United States. These individuals do not believe in climate change.

President George W. Bush was President in 2005 when Hurricane Katrina struck. Negligence by the Federal Government allowed the Katrina Virus to escape.

Barr was recommended by Presidents George H. Bush and President George W. Bush to become the Attorney General. Will this keep President Donald Trump from being Impeached and Indicted? Will this keep President George W. Bush from being indicted?

Review attachments: "The United States Supreme Court and The Katrina Virus" and "The Reluctant Patriot".

Godspeed. Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com; dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on December 17th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson