UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 JAN -2 AM 11: 57
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

January 2, 2019

LETTER TO COUNSEL

Re: *State of Maryland v. United States of America, et al.*
Civil No.: ELH-18-2849

Dear Counsel:

As I am sure you know, on December 31, 2018, in *Texas v. United States*, No. 4:18-cv-00167-O, Judge O'Connor stayed his decision of December 14, 2018, declaring unconstitutional the Patient Protection and Affordable Care Act, Pub. L. No. 111–148, 124 Stat. 119 (Mar. 23, 2010), as amended by the Health Care and Education Reconciliation Act of 2010, Pub. L. No. 111–152, 124 Stat. 1029 (Mar. 30, 2010). *See* ___ F. Supp. 3d ___, 2018 WL 6589412 (N.D. Tex. Dec. 14, 2018). In view of the recent ruling, I invite counsel to address the impact of the stay on the question of the State's standing to bring suit in the underlying case. Each side may submit a memorandum, not to exceed ten pages, due no later than the close of business on January 9, 2019.

In making this request, I am aware of the partial government shutdown. However, unlike in some civil cases assigned to me involving the government, I have not received a request from the government to stay this case in light of the shutdown. Therefore, I am assuming that government counsel is in a position to file the requested submission. If my assumption is incorrect, I ask government counsel to advise me promptly.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge