### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

Chambers of                                                    101 West Lombard Street
**Ellen Lipton Hollander**                               Baltimore, Maryland 21201
District Court Judge                                              410-962-0742

February 22, 2019

MEMORANDUM TO COUNSEL

Re:     *State of Maryland v. United States*
        Civil Action No. ELH-18-2849

Dear Counsel:

The Editorial Staff at West Publishing recently advised me that it has selected the Court's Memorandum Opinion of February 1, 2019 (ECF 52) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made two non-substantive corrections to citations.  The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered.  The Order (ECF 55), issued on February 1, 2019, is unchanged.

Very truly yours,

_____/s/_____

Ellen Lipton Hollander
United States District Judge